ORIGINAL

cc: HG/FILER

IN THE UNITED STATES DISTRICT COURT
FOR THE __AED__ DISTRICT OF __Hi__
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2024

at __12__ o'clock and __15__ min. __P__M
Lucy H. Carrillo, Clerk   LS

---

**Paul and Edna Gault**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**Legacy Mortgage**
**Joe King**
**55 South Kukui St ID 3113**
**Honolulu 96813**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __CV24 00113 HG WRP__
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

IFP SUBM.
                LS

---

Deliberate and Criminal Wrongful Foreclosure For profit..

FSC
Mailed On
Date MAR 08 2024

Received By Mail
Date MAR 08 2024

Legacy Mortgage

Director and Joe King

1. Our refinance was done for fraud for profit.
2. Enclosed is example 2007 Wamu from my attorney
3. 14 years of pain and suffering and lost of our house and land!

Total 10.000.000.00

55 South Kukui St. D 3113
Honolulu HI 96813

In the circuit court of the fifth circuit court state of Hawaii         July 25,2023

The Gantt's resolution for the wrongful foreclosure on January 24, 2019 by Pennymac

1. The return of the Gantt's property of 4555 Apopo Rd by September 30, 2023 and a clear title.
2. The Gantt's big house. The renters are to be gone by September 30,2023.
3. The renters in the other units are to be told that the rent for October 1,2023 will be pick up by Mr. Gantt.
4. On September 30,2023 the electric, water, cable, internet will be restored in the Gantt's name by Mr. William Chow.
5. Most of all pain and suffering from the last 14 years shall be granted.

Sincerely,
Edna Kena Gantt
Paul Hugo Gantt