IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAUL GANTT and EDNA GANTT, )<br>            )<br>        Plaintiffs,   )<br>            )<br>    vs.     )<br>            )<br>LEGACY MORTGAGE and JOE KING, )<br>            )<br>        Defendants.   )<br>_____ ) | Civ. No. 24-00113 HG-WRP |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO (1) DENY PLAINTIFFS' APPLICATIONS TO PROCEED WITHOUT PREPAYMENT OF FEES AND (2) DIRECT PLAINTIFFS TO PAY FILING FEE (ECF No. 27), AS MODIFIED**
**AND**
**ORDER STRIKING PLAINTIFFS' LETTERS TO THE COURT (ECF Nos. 28-38)**

<u>1.    Findings and Recommendation (ECF No. 27)</u>

Findings and Recommendation (ECF No. 27) having been filed and served on all parties on July 31, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and District of Hawaii Local Rule 74.1, the Findings and Recommendation is **ADOPTED** as the opinion and order of this Court with the following **MODIFICATION:**

> On Page 5, full Paragraph 1, Line 5, REPLACE "to pay the required within thirty (30) days" with "to pay the required fee within thirty (30) days.

1

2.  <u>Letters to the Court (ECF Nos. 28-38)</u>

The Court construes Plaintiffs' pro se filings liberally. <u>Eldridge v. Block</u>, 832 F.2d 1132, 1137 (9th Cir. 1987).  Pro se litigants, however, must follow the same rules of procedure that govern other litigants.  <u>De Castro v. Yamasaki</u>, No. CV 21-00273 HG-KJM, 2021 WL 6052271, at *3 (D. Haw. Dec. 21, 2021).

On August 18, 2024, Plaintiffs paid the filing fee and filed eleven letters with the Court (ECF Nos. 28-38, 39).

The Court finds that the eleven letters, which comprise 29 handwritten pages on unlined paper and 80 pages of attachments, are illegible, voluminous, and their purpose indecipherable.  The letters fail to comply with the Federal Rules of Civil Procedure and the Local Rules of Practice for the District of Hawaii (LR). <u>See</u> Fed. R. Civ. P. 7(a) (letters are not on the list of allowable pleadings); LR 10.2(a)(2-3) (all filings must be clearly legible and double-spaced in Times New Roman plain style); LR 10.2(b) and (c) (the first page of each document presented for filing shall properly identify the filer, court, case, and document title); LR 10.2(d) (exhibits, declarations, and affidavits must be labeled, tabbed, and not necessarily voluminous).

Plaintiffs' letters (ECF Nos. 28-38) are **STRICKEN**.

**Plaintiffs' future filings must be clear, legible, and in a form permitted by the Federal Rules of Civil Procedure and the**

2

**District of Hawaii Local Rules**.

Any future requests for relief must:

(a) be styled as a motion, not a letter;

(b) state with particularity the grounds for seeking an order from the Court; and

(c) state the relief sought.

Fed. R. Civ. P. 7(b).

Plaintiffs may not arbitrarily file evidence with the Court. Evidence may only be filed if attached to an appropriate pleading or presented for trial.

Plaintiffs' continued failure to comply with the Federal Rules of Civil Procedure and the District of Hawaii Local Rules may result in sanctions, including dismissal of the case.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, September 10, 2024.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

PAUL GANTT and EDNA GANTT v. LEGACY MORTGAGE and JOE KING; 24-cv-00113-HG-WRP **ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO (1) DENY PLAINTIFFS' APPLICATIONS TO PROCEED WITHOUT PREPAYMENT OF FEES AND (2) DIRECT PLAINTIFFS TO PAY FILING FEE (ECF No. 27), AS MODIFIED; AND ORDER STRIKING PLAINTIFFS' LETTERS TO THE COURT (ECF Nos. 28-38)**