```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

PAUL GANTT and EDNA GANTT,     )   Civ. No. 24-00113 HG-WRP
                               )
          Plaintiffs,          )
                               )
     vs.                       )
                               )
LEGACY MORTGAGE and JOE KING,  )
                               )
          Defendants.          )
                               )
```

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE (ECF No. 42)**

Findings and Recommendation (ECF No. 42) having been filed and served on all parties on October 16, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss this Action Without Prejudice," ECF No. 42, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 31, 2024, Honolulu, Hawaii.

Helen Gillmor
United States District Judge